UNTIED STATES DISTRICT COURT§
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

CASE NO.:

DAYNA MARIE WELCH,

    Plaintiff,

vs.

UNTIED STATES OF AMERICA,

    Defendant,

_____/

## COMPLAINT

COMES NOW, the Plaintiff, DAYNA MARIE WELCH, by and through their undersigned counsel, and sues the Defendant, UNTIED STATES OF AMERICA, and for this cause of action states:

1. This actions is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680.

2. On or about January 13, 2025, more than six months before this action was instituted, the claim set forth herein was presented to the United States Postal Service in writing and a Form 95 was submitted, all in accordance with the provisions of 28 U.S.C. § 2675. A copy of Form 95 is attached as Exhibit "A".

3. Since that time the United States Postal Service has neither accepted liability nor denied liability, but rather, the six-month waiting period required by statute has expired and all precedents to the filing of this action have been made by Plaintiff.

## VENUE

4. Pursuant to U.S.C. § 1402(b), venue is proper in the Middle District of Florida, Fort Myers Division, in that the acts and omissions giving rise to this Complaint occurred in Collier County, Florida.

## PARTIES

5. At all times material hereto, the Plaintiff, DAYNA MARIE WELCH, was a resident of Bonita Springs, Lee County, Florida.

6. At all times relevant hereto, including on July 14, 2023, non-party Isaiah Lee Rua (hereinafter "LEE RUA"), was an agent or employee of the United States Postal Service.

7. The United States Postal Service is an independent establishment of the executive branch of the United States Government.

## FACTUAL ALLEGATIONS OF NEGLIGENCE

8. On or about July 14, 2023, LEE RUA, maintained and operated a 2001 Ford Postal Delivery Truck, bearing VIN 1FCMU69K410A1586, which was

The Law Offices of Anidjar & Levine, P.A.
300 SE 17TH Street, Fort Lauderdale, Florida 33316 (954) 525-0050

involved in a collision at or near the intersection of Airport Pulling Road North and North Horseshoe Drive, Naples, Collier County, Florida.

9. At the time of collision, LEE RUA, was acting within the course and scope of her employment with the United State Postal Service.

10. The Defendant, UNITED STATES OF AMERICA, is vicariously responsible for the acts of their employees performed in the course and scope of their employment, including LEE RUA.

11. At approximately 3:30 p.m. on July 14, 2023, Plaintiff DAYNA MARIE WELCH, while operating a motor vehicle owned by her, was traveling south on Airport Road, Naples, Collier County, Florida.

12. At that time and place, the Defendant's employee, LEE RUA, negligently operated a motor vehicle she was driving by failing to yield the right of way while making a left turn from Airport Road onto N. Horseshoe Drive, and striking the front center bumper of the vehicle driven by the Plaintiff. DAYNA MARIE WELCH.

13. As a direct and proximate result of the negligence of Defendant, UNITED STATES OF AMERICA, the Plaintiff, DAYNA MARIE WELCH suffered bodily and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medial cand nursing care and treatment, loss of earnings in the past and loss of

ability to earn money in the future. These looses are either permanent or continuing in nature and Plaintiff, DAYNA MARIE WELCH, will continue to suffer losses in the future.

**WHEREFORE**, the Plaintiff, DAYNA MARIE WELCH, demands judgment against the UNITED STATES OF AMERICA, as follows:

A. Damages in the amount of Five Hundred Thousand and Five Hundred Dollars ($500,000.00);

B. Plaintiff's costs in bringing this action;

C. Such other and further relief as the Court may deem just and proper.

DATED this  15  day of  September  2025.

**LAW OFFICES OF ANIDJAR & LEVINE, P.A.**
Attorneys for Plaintiff
300 SE 17th Street
Fort Lauderdale, FL 33316
Tel: (954) 525-0050/Fax: (954) 525-0020
pleadings@anl-law.com

By:_____
LAWRENCE A. LEVINE, ESQ.,
FBN 193185

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency | 2. Name, address of claimant, and claimant's personal representative if any (See instructions on reverse). Number, Street, City, State and Zip code |
|---|---|
| TORT CLAIMS COORDINATOR/RANDY VICEDO<br>UNITED STATES POSTAL SERVICE<br>11902 N. FLORIDA AVENUE<br>TAMPA, FL 33612-5222 | Dayna Welch<br>12301 Londonderry Lane<br>Bonita Springs, FL 34135 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M OR P.M) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 02/14/1965 | Single | 07/14/2023  FRIDAY | 3:30 PM |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary)

Ms. Welch was involved in a motor vehicle accident in the right-through lane on Airport-Pulling Road North, in Naples, Collier County, Florida, when a postal carrier Isaiah Lee Rua, failed to yield right of way resulting in a collision where the postal carrier's vehicle's front bumper to directly strike the front bumper of Ms. Welch's vehicle.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side)

The property damage is located at the front of the vehicle.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT

Ms. Welch suffers from neck pain, left shoulder pain, right shoulder pain, mid back pain, and low back pain.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Scott Ctvrtnik | 2800 N Horseshoe Dr., Naples, FL 34104 |

**12. AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights) |
|---|---|---|---|
| 1,638.33 | 500,000.00 | | 501,638.33 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side) | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| [signature] For DAYNA WELCH | 954-525-0050 | 01/20/2025 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729) | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14.2



EXHIBIT A

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property |

15 Do you carry accident insurance?  [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number   [ ] No

Geico Insurance Company - One Geico Center, Macon GA 31295-0001
Policy # 4555-55-61-50
Claim #0383597920101014

| 16 Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  [ ] Yes  [X] No | 17 If deductible, state amount. |
|---|---|
| Yes, $1,000 Deductible for Personal Injury Protection and $500 Deductible for Collision. | 1,500.00 |

18 If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)
$10,000 paid in Personal Injury Protection coverage to date.

19 Do you carry public liability and property damage insurance?  [ ] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code)   [X] No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

*Complete all items - insert the word NONE where applicable.*

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK